
FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Arturo Javier Castillo-Castro <br> Defendant. | Case No.: 07CR-1243-SVW <br> ORDER OF DETENTION <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the charging document, the pretrial services report, and the defendant's consent to detention without proffer or argument against detention by the defendant._

1
2
3
4          and/or
5    B.   [X]  The defendant has not met his/her burden of establishing by
6          clear and convincing evidence that he/she is not likely to pose
7          a danger to the safety of any other person or the community if
8          released under 18 U.S.C. § 3142(b) or (c). This finding is based
9          on: the charging document, the pretrial services report, and the
10         defendant's consent to detention without proffer or argument against
11         detention by the defendant.
12
13
14         IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.
16
17    Dated: 12/3/2015
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
21